UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60402-CIV-DIMITROULEAS

WHITNEY LEIGH FAIR and
JANELLE LAUREN SMILEY,

      Plaintiffs,

vs.

GREGORY TONY, as SHERIFF OF BROWARD COUNTY,
And JEFFREY MELLIES, individually,

      Defendants.

_____/

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO ACCEPT FILING OUT OF TIME OF DE 49

THIS CAUSE is before the Court on Plaintiffs' Motion to Accept Filing Out of Time of DE 49 (the "Motion") [DE 51], filed herein on August 10, 2022.  The Court has carefully reviewed the Motion, notes that it is unopposed, and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiffs' Motion [DE 51] is **GRANTED**.  Plaintiffs' filing at [DE 49] is accepted out of time.

**DONE and ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 10th day of August, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record